1 | MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2015 JAN -6 P 2: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EJD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 15 002

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHUC NGUYEN,

Defendant.

) NO. CR
) CR 15 068
)
) VIOLATIONS:
) 18 U.S.C. § 1701 – Obstruction of Mails (2 Counts)
)
) SAN JOSE VENUE
)
)
)

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 1701 – Obstruction of Mails)

1. On or about September 10, 2014, in Santa Clara County, in the Northern District of California, the defendant,

PHUC NGUYEN,

knowingly and willfully obstructed and retarded the passage of the mail, in that he discarded mail that had been entrusted to the United States Postal Service, in violation of Title 18, United States Code, Section 1701.

COUNT TWO: (18 U.S.C. § 1701 – Obstruction of Mails)

2. On or about October 10, 2014, in Santa Clara County, in the Northern District of

///

INFORMATION                 1

California, the defendant,

PHUC NGUYEN,

knowingly and willfully obstructed and retarded the passage of the mail, in that he discarded mail that had been entrusted to the United States Postal Service, in violation of Title 18, United States Code, Section 1701.

DATED: January 5, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ DANIEL KALEBA
DANIEL KALEBA
Deputy Chief, General Crimes Section

(Approved as to form: /s/ Philip Kopczynski )
SAUSA Kopczynski

INFORMATION 2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION |
| ── OFFENSE CHARGED ──<br>18 U.S.C. 1701: Obstruction of Mails (2 Counts)<br>☐ Petty<br>☐ Minor<br>☒ Misdemeanor<br>☐ Felony<br>PENALTY: Maximum term of imprisonment: 6 months<br>Maximum fine: $5,000<br>Special assessment: $10 | ── DEFENDANT - U.S. ──<br>▶ Phuc Nguyen<br>DISTRICT COURT NUMBER<br>CR 15 002 |

FILED 2015 JAN -7 P 2:56 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA EJD

── PROCEEDING ──
Name of Complainant Agency, or Person (& Title, if any)
United States Postal Service Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Philip Kopczynski

── DEFENDANT ──
IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──
PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____
If Summons, complete following:
☒ Arraignment ☒ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 1/26/15 at 1:30 PM   Before Judge: Cousins

Comments: