IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-0002-EJD |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| PHUC NGUYEN, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that due to an assignment error, this misdemeanor action was assigned to a district judge, and it should have been assigned to a magistrate judge. Therefore, pursuant 18 US.C. § 3401(a), this action is referred to the Executive Committee for reassignment.

Dated: January 8, 2015                    RICHARD W. WIEKING, CLERK

by: _____
                    Snooki Puli
                    Deputy Clerk