MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6471
Facsimile: (415) 436-7027
philip.kopczynski@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHUC NGUYEN,<br><br>Defendant. | Case No. CR 15-002-EJD<br><br>**DECLARATION OF JASON C. FLANIGAN IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMONS**<br><br>San Jose Venue |

I, Jason C. Flanigan, declare as follows:

1.  I am a Special Agent with the U.S. Postal Service Office of Inspector General and have held this position since September 2012. At the time of this incident I was assigned to the Pacific Area Field Office in Oakland, CA.

2.  I make this declaration in support of the United States' Motion for Summons. The statements in this declaration are based on my own investigation and information provided to me by or through other law enforcement agents, investigators, and individuals with knowledge of this matter. This declaration summarizes relevant information to show there is probable cause to

DECLARATION IN SUPPORT OF SUMMONS

believe that an offense has been committed, and does not set forth all of the evidence gathered to date in this matter.

3. On September 11, 2014, my office received a tip about discarded mail from a San Jose area resident. The resident, C.M., reported that he found discarded mail in a dumpster on September 9, 2014. He also reported that the next day, September 10, 2014, he saw a mail carrier standing near the same dumpster. According to C.M., he looked inside the dumpster after the carrier left and saw discarded mail.

4. On September 17, 2014, I installed a surveillance camera aimed at the dumpster. The camera caught pictures of a mail carrier discarding mail on October 9 and 10, 2014. A manager at a U.S. Postal Service station in San Jose who knows Defendant told me that Defendant is the carrier seen in these pictures. The manager also confirmed that Defendant was assigned to the mail delivery route encompassing the area where the dumpster is located.

5. On October 16, 2014, I met with C.M. and showed him a picture of Defendant. C.M. said that Defendant is the carrier he saw near the dumpster on September 10, 2014.

6. On October 21, 2014, another special agent and I interviewed Defendant. Defendant admitted to us that he discarded mail on multiple occasions. Defendant also consented to a search of his car, where we found 443 pieces of undelivered first-class mail and two postal tubs.

7. On January 6, 2015, an Information was filed charging Defendant with two counts of violating 18 U.S.C. § 1701 – Obstruction of Mail (Class B Misdemeanor).

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 7, 2015, at Oakland, California.

JASON C. FLANIGAN
Special Agent
U.S. Postal Service Office of Inspector General