MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-002-MAG |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER FOR SUMMONS** |
| PHUC NGUYEN, | |
| Defendant. | San Jose Venue |

[PROPOSED] ORDER FOR SUMMONS

1  Having reviewed the Declaration of Jason C. Flanigan, the Court finds there is probable
2  cause to believe that an offense has been committed.  Accordingly, pursuant to Federal Rule of
3  Criminal Procedure 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the
4  defendant, Phuc Nguyen, to appear on Monday, January 26, 2015 at 1:30 p.m., at the federal
5  courthouse in San Jose, California, before Magistrate Judge Nathanael M. Cousins or the Duty
6  Magistrate Judge on that day, to answer the Information filed by the United States Attorney.

   IT IS SO ORDERED.

Dated: _____       _____
                                United States Magistrate Judge

[PROPOSED] ORDER FOR SUMMONS